IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HUGGANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | No. 3:22-cv-02416-B |
| NATIONAL BANKRUPTCY | § | |
| SERVICES, LLC | § | |
| | § | |
| Defendants. | § | |

## JOINT STATUS REPORT

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Robert Huggans ("Plaintiff") and Defendant National Bankruptcy Services, LLC ("Defendant") and hereby files this Joint Status Report. In support of this Motion, the parties show the Court as follows:

1. The parties have reached a settlement in this matter and a final Settlement Agreement has been fully executed by each party.

2. Pending final settlement payments, the parties will file a Joint Motion to Dismiss with Prejudice.

3. Discovery is moot.

4. Extensions of deadlines in the Initial Scheduling order and the Order Setting Case for Trial are moot.

5. No further action is necessary at this time.

Dated: September 12, 2023.

Respectfully submitted,

*/s/ Donald E. Uloth*
Donald E. Uloth
State Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
ATTORNEY FOR PLAINTIFF


*/s/ Michelle Mishoe Miller*
Michelle Mishoe Miller
State Bar No. 24044991
Sonia B. Alfaro
State Bar No. 24086849
**MEADERS & ALFARO**
Two Riverway, Suite 845
Houston, TX 77056
Telephone: (713) 403-3122
Facsimile: (855) 602-8224
Email: michelle.miller@meaderslaw.com
Email: salfaro@meaderslaw.com
ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court for the FOR THE NORTHERN DISTRICT OF TEXAS, using the CM/ECF system which will send notification of such filing all Counsel of record.

*/s/ Michelle Mishoe Miller*
**MICHELLE MISHOE MILLER**