IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HUGGANS, | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:22-cv-2416-BN |
| NATIONAL BANKRUPTCY SERVICES, LLC, | | |
| Defendant. | | |

**ORDER ON SETTLEMENT**

The parties report that they have agreed to settle this case. *See* Dkt. No. 39.

The parties are directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion under Federal Rule of Civil Procedure 41(a)(2) with a corresponding proposed order – by **Thursday, October 12, 2023**.

If the parties do not or are unable to file the appropriate dismissal papers by October 12, 2023, or further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

Any unexpired deadlines in the Initial Scheduling Order [Dkt. No. 18], the Order Setting Case for Trial [Dkt. No. 16], and any other order of the Court in this case are stayed until further order of the Court.

The Court cancels the October 30, 2023 jury trial and October 26, 2023 final pretrial conference.

SO ORDERED.

DATED: September 12, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE