IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT HUGGANS, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION |
| vs. § | |
| § | No. 3:22-cv-02416-B |
| NATIONAL BANKRUPTCY § | |
| SERVICES, LLC § | |
| § | |
| Defendants. § | |

## JOINT MOTION TO DISMISS [FRCP 41(a)(1)(A)(ii)]

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Robert Huggans ("Plaintiff") and Defendant National Bankruptcy Services, LLC ("Defendant") and hereby files this Joint Motion to Dismiss. In support to their Motion, the parties show the Court as follows:

The Plaintiff and Defendant hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

WHEREFORE, Plaintiff Robert Huggans and Defendant National Bankruptcy Services, LLC respectfully request this case be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 25, 2023.

                        Respectfully submitted,

                        */s/ Donald E. Uloth*
                        Donald E. Uloth
                        State Bar No. 20374200
                        Law Office of Donald E. Uloth
                        18208 Preston Rd. Suite D-9 # 261
                        Dallas, Texas 75252
                        Phone: (214) 989-4396
                        Email: don.uloth@uloth.pro
                        **ATTORNEY FOR PLAINTIFF**


                        **MEADERS & ALFARO**

                        *Michelle Miller*
                        **MICHELLE MISHOE MILLER**
                        State Bar No. 24044991
                        **SONIA B. ALFARO**
                        State Bar No. 24086849
                        Two Riverway, Suite 845
                        Houston, TX 77056
                        Telephone: (713) 403-3122
                        Facsimile: (855) 602-8224
                        Email: michelle.miller@meaderslaw.com
                        Email: salfaro@meaderslaw.com
                        **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court for the FOR THE NORTHERN DISTRICT OF TEXAS, using the CM/ECF system which will send notification of such filing all Counsel of record.

                        */s/ Michelle Mishoe Miller*
                        **MICHELLE MISHOE MILLER**